# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re <br> WINDSOR TERRACE HEALTHCARE, LLC, <br>         Debtor. | Misc. Case No. 24-00203 |
| DONALD KNESTRICT by and through his successor-in-interest KATHERINE FELKINS and KATHERINE FELKINS, <br>         Plaintiffs, <br> v. <br> WINDSOR NORCAL 13 HOLDINGS, LLC, et al., <br>         Defendants. | Adv. Proc. No. 24-2193 |

**ORDER REMANDING STATE COURT ACTION**

The Motion for Remand filed by Plaintiffs Katherine Felkins, as successor in interest to the late Donald Knestrict, and Katherine Felkins, individually, having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

**IT IS ORDERED** that the Motion for Remand is granted pursuant to 28 U.S.C. 1452(b) and consistent with the terms of the Confirmed Chapter 11 Plan at Section IV. D. 7. (Ex. B, Docket 15). *Knestrict vs.Windsor Oxford Holding Company, LLC, et al.*, case no. 34-2022-00313404, is remanded to the Superior Court for the County of Sacramento and shall proceed in the Superior Court for the County of Sacramento immediately.

This Court's Findings of Fact and Conclusions of Law are stated in the Memorandum and Decision relating to this Order.

Dated: February 20, 2025

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court

# Instructions to Clerk of Court
### Service List - Not Part of Order/Judgment

**The Clerk of Court is instructed to** send the Order/Judgment or other court generated document transmitted herewith *to the parties below*. The Clerk of Court will send the document via the BNC or, if checked ____, via the U.S. mail.

| **Attorney for the Plaintiff(s)**<br>Donald Knestrict by and through his successor-in-interest Katherine Felkins and Katherine Felkins<br><br>Paul Anthony Saso, Esq.<br>Pfister & Saso, LLP<br>524 Broadway, 11th Flr.<br>New York, NY 10012-1555<br><br>Robert J. Pfister, Esq.<br>Pfister & Saso, LLP<br>10250 Constellation Blvd., Ste. 2300<br>Los Angeles, CA 90067 | **Attorney for the Defendant(s)**<br>Windsor Norcal 13 Holdings, LLC, et al.<br><br>John L. Supple, Esq.<br>J Supple Law, PC<br>899 Northgate Drive, Ste. 500<br>San Rafael, CA 94903 |
|---|---|
| Office of the U.S. Trustee<br>Robert T. Matsui United States Courthouse<br>501 I Street, Room 7-500<br>Sacramento, CA 95814 | |